# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. WILLIAM DAVID BISHOP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:14-cv-00158-JHP |
| | ) | |
| 1. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) ) | *Honorable James Hardy Payne* |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, William David Bishop, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal with prejudice of the above-referenced matter and all claims asserted or which could have been asserted by Plaintiff against Defendant, with each party to bear their own attorney's fees and costs.

Respectfully submitted,

  s/J. Drew Houghton
J. Drew Houghton, OBA #18080
dhoughton@fylaw.com
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73189
**ATTORNEY FOR PLAINTIFF**

WILSON, CAIN & ACQUAVIVA
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma  73103
Telephone:  (405) 236-2600
Facsimile:    (405) 231-0062

s/Joseph T. Acquaviva, Jr.
Joseph T. Acquaviva, Jr., OBA #11743
JTAcqua@aol.com
**ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**